Dismissed and Memorandum Opinion filed July 29, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00601-CV

____________

 

HARRIS COUNTY APPRAISAL DISTRICT, Appellant

 

V.

 

WALTER JENKINS AND ELIZABETH WARBURTON BRUCE, AS THE PROPERTY
OWNERS AND THE PROPERTY OWNERS, Appellees

 



 

On Appeal from the 165th District Court

Harris County, Texas

Trial Court Cause No. 2007-56315

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed March 25, 2010.  On July 22, 2010, appellant
filed an unopposed motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Boyce.